IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MONICA MARCHETTI-BROCK,

     *Plaintiff,*

    v.

CITY OF PHILADELPHIA,

     *Defendant.*

CIVIL ACTION
NO. 25-6792

## ORDER

**AND NOW**, this 8th day of April, 2026, upon consideration of plaintiff Monica Marchetti-Brock's Complaint (Dkt. No. 1), defendant City of Philadelphia's Partial Motion to Dismiss (Dkt. No. 12), Marchetti-Brock's response (Dkt. No. 13) and the City's reply (Dkt. No. 14), it is **ORDERED** the Motion is **GRANTED in part as follows**:

1. The City's Motion is denied with respect to Marchetti-Brock's policy-based *Monell* claim;

2. The City's Motion is granted with respect to Marchetti-Brock's custom-based *Monell* claim; and

3. Marchetti-Brock may amend her custom-based *Monell* claim, consistent with the accompanying Opinion, **on or before Wednesday, May 6, 2026**.

                  BY THE COURT:

                 ***/s/ Gerald J. Pappert***
                 Gerald J. Pappert, J.