**Joint Status Report Pursuant to Rule 26(f)**

Caption: *Monica Marchetti-Brock v. City of Philadelphia*    Civil Action No:    25-6792

Basis of Jurisdiction: **Federal Question**

Jury Trial: **X**    Non-Jury Trial:_____    Arbitration:_____

Plaintiff's counsel participating in the Rule 16 Conference:

**Lane J. Schiff, Esq., Lauren C. Bateman, Esq. (*pro hac vice*)**
**CONSOLE MATTIACCI LAW, LLC**

Defendants counsel participating in the Rule 16 Conference:

**Joshua D. Hill, Esq., Hannah M. Franke, Esq.**
**PIETRAGALLO, GORDON, ALFANO, BOSICK, & RASPANTI, LLP**

Do counsel have full authority to settle at Rule 16 Conference?

**Plaintiff: Yes**

**Defendant:**  Counsel for the City of Philadelphia has authority equivalent to the last offer extended during preliminary settlement negotiations in August 2025.

If not, client with such authority who will attend conference: **N/A**

When did the parties hold the Rule 26 Conference? **May 28, 2026**

When did the parties comply with the Rule 26(a)'s duty of self-executing disclosure?

**Plaintiff served her Rule 26(a) disclosures on June 1, 2026.  Defendant anticipates serving its Rule 26(a) disclosures prior to this Court's June 9, 2026 deadline.**

Does either side expect to file a case-dispositive motion?

**Plaintiff:**  No.

**Defendant:**  Yes.

If yes, under what Rule If yes, specify the issue:  **Rule 56 Motion for Summary Judgment.  The issue(s) will depend on information revealed during fact discovery.**

Proposed deadline for filing dispositive motions: **30 days following the fact discovery deadline.**

Does either side anticipate the use of experts? **Not at this time.**

If yes, what is the proposed deadline for expert discovery? **30 days following the fact discovery deadline.**

Approximate date case should be trial-ready: **If necessary, on or about February 2027.  The parties defer to the discretion of the Court.**

Time for Plaintiff's case: **3-5 days**     Time for Defendant's case: **5 days**

Is a settlement conference likely to be helpful? **Yes.**     If so, when: **Early.**

Early **Yes.**     After Discovery_____ (yes/no)

Do the parties wish to proceed before a Magistrate Judge for final disposition? **No.**

Plan for Discovery:

1. The parties anticipate that discovery should be completed within **120** days.

2. What is the minimum amount of time necessary to complete discovery prior to an ADR session, should one be ordered or agreed to?  **Sometime after fact discovery is underway. The parties agree the exchange of initial discovery requests and responses, as well as Plaintiff's deposition and key Defense deposition(s), will likely aid in a more beneficial settlement conference.**

3. Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)?  **Yes.**

4. Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan.  **Plaintiff's counsel anticipates the need for a Protective Order due to defense counsel's intent to subpoena medical records.**

5. If you contend the discovery period to exceed 90 days, please state reason:

    **Plaintiff's counsel has an August 10th trial date certain before the Hon. Wendy J. Beetlestone, in addition to two (2) arbitration hearings in September.  The parties agree that a discovery period to exceed 90 days will allow for better availability in scheduling with respect to the number of witness depositions anticipated and their respective availability.**

6. Do the parties anticipate the need to subpoena any third parties? **Yes, Defendant intends to subpoena Plaintiff's medical records.  Plaintiff may need to subpoena the depositions of certain former employees, officers, or agents of Defendant should they not be represented by Defense counsel for purposes of their depositions.**

2

3

If yes, to the extent any authorizations or releases are required to be signed, counsel should exchange them in advance of the Rule 16 Conference.

*12176635*

3