IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA MARCHETTI-BROCK | : | CIVIL ACTION |
| Plaintiff, | : | NO. 25-6792 |
| v. | : | |
| CITY OF PHILADELPHIA | : | |
| | : | |
| Defendant. | | |

**O R D E R**

AND NOW, this 10th day of June 2026, IT IS HEREBY ORDERED that a TELEPHONIC status conference is scheduled before the undersigned on June 22, 2026 at 10:00 a.m. Court staff will email counsel the conference line information.

The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call.  In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*
CAROLINE GOLDNER CINQUANTO
UNITED STATES MAGISTRATE JUDGE